441 A.2d 452

Commonwealth v. Cheeseman, Appellant.

Petition for Allowance of Appeal Denied March 26, 1982.

Submitted October 5, 1981. Douglas M. Johnson, Assistant Public Defender, for appellant; Ronald T. Williamson, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, McEWEN and POPOVICH, JJ.

Judgment of sentence affirmed.

POPOVICH, J., concurred in the result.